IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WELDON FROMMEYER**                                                                          **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO.: 1:08-CV-470-HSO-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                           **DEFENDANT**

**PLAINTIFF'S DESIGNATION OF EXPERTS**

   COMES NOW, the Plaintiff, Weldon Frommeyer, pursuant to the Federal Rules of Civil Procedure and to the Case Management Order entered in this cause on September 1, 2009, and files this, his Designation of Experts to be called to testify at the trial in this cause:

1. Gregory T. Becker, PE
   Becker Engineering, Ltd.
   Post Office Box 5306
   Katy, TX 77491-5306
   PH:   (281) 497-1522
   FX:   (281) 829-3023

   Mr. Becker will testify as to the causation of the damages suffered at the Frommeyer residence during Hurricane Katrina.  Copies of his report, fee schedule, and curriculum vitae are attached hereto.

2. Mr. William R. Carrigee, Sr., C.B.O., CCA, CFM
   Carrigee Consulting, LLC
   13131 Highway 603, Suite 305
   Bay St. Louis, MS 39520
   PH:   (228) 469-0004

   Mr. Carrigee will testify as to the municipal, county, and Federal rules and regulations regarding rebuilding the damaged structure, and the estimated costs to rebuild said structure.  A copy of his curriculum vitae is attached hereto.  His fee schedule will be forwarded upon receipt.

3. Miss Cynthia Montgomery
   Anchor Mitigation, Inc.
   Post Office Box 591
   Laporte, TX 77571
   PH:   (281) 808-9803
   FX:   (866) 270-8993

Miss Montgomery will testify as to the causation of damages suffered at the Frommeyer residence and the claims handling process undergone by the Plaintiff. Copies of her report have previously been provided to counsel for Defendant..

Plaintiff reserves the right to designate as experts any expert designated by the Defendants as well as any additional experts who might be needed for the rebuttal of experts designated by the Defendant.

RESPECTFULLY SUBMITTED, this the 23rd day of October, 2009.

                                              WELDON FROMMEYER,
                                              Plaintiff

BY:    /s/ Donald J. Rafferty   .
        DONALD J. RAFFERTY, MSB #4599
        Counsel for the Plaintiff

          /s/ John H. Denenea, Jr.   .
        JOHN H. DENENEA, JR., LA Bar #18861
        Counsel for the Plaintiff, *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

  I, DONALD J. RAFFERTY, do hereby certify that I have, this day electronically filed with the Clerk of Court a true and correct copy of the foregoing Motion for Time to Designate Expert Witnesses using the CM/ECF system, which served a copy electronically to all ECF participants. I further certify that I have forwarded a true and correct copy via U.S. Mail to all non-ECF participants at their addresses of record.

  SO CERTIFIED, this the 23rd day of October, 2009.


                /s/ Donald J. Rafferty
                DONALD J. RAFFERTY


LAW OFFICES OF DONALD J. RAFFERTY, P.A.
2118 18th Street (39501)
Post Office Box 4252
Gulfport, MS 39502-4252
PH: (228) 868-5421
FX: (228) 868-5422